607 A.2d 986

IN THE MATTER OF MICHAEL J. NEDICK,
AN ATTORNEY AT LAW.

June 11, 1992.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that MICHAEL J. NEDICK of EDGE-WATER, who was admitted to the bar of this State in 1975, and who was thereafter suspended from the practice of law for a period of two years by Order of this Court dated January 8, 1990, effective April 19, 1990, be restored to the practice of law, and good cause appearing;

It is ORDERED that the petition for restoration to practice is granted, effective immediately.